1  **McGuireWoods LLP**
   Timothy M. Rusche (SBN 230036)
2  Email: trusche@mcguirewoods.com
   Peter J. Choi (SBN 306763)
3  Email: pchoi@mcguirewoods.com
   1800 Century Park East, 8th Floor
4  Los Angeles, CA  90067-1501
   Telephone:  310.315.8200
5  Facsimile:  310.315.8210

6  Attorneys for Defendant
   Genpact LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10  RACHANA CHANDRA SEKARA REDDY,          CASE NO.: 2:25-cv-02138-JAM-JDP
    an individual,
11
                    Plaintiff,            **STIPULATION AND ORDER FOR LEAVE**
12                                         **FOR DEFENDANT GENPACT LLC TO**
          vs.                              **FILE FIRST AMENDED ANSWER**
13
14  GENPACT LLC; a Delaware Limited
    Liability Company; AYUSH SHARMA, an
15  individual,
16                    Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Rachana Chandra Sekara Reddy ("Plaintiff") and Defendant Genpact LLC ("Genpact") (collectively, the "Parties") respectfully submit this Joint Stipulation for Leave for Defendant Genpact LLC to File a First Amended Complaint.

WHEREAS, on June 25, 2025, Plaintiff filed her Complaint against Defendants Genpact LLC and Ayush Sharma in Sacramento County Superior Court alleging (1) pregnancy harassment; (2) pregnancy discrimination; (3) failure to engage in the interactive process; (4) failure to accommodate; (5) FEHA retaliation; (6) failure to prevent harassment, discrimination, and retaliation; (7) CFRA interference; (8) CRFA retaliation; (9) Labor Code Section 1102.5 retaliation; (10) wrongful termination in violation of public policy; (11) intentional infliction of emotional distress; and (12) negligent infliction of emotional distress;

WHERAS, on July 29, 2025, Defendant Genpact filed its answer to Plaintiff's Complaint in Sacramento County Superior Court;

WHERAS, on July 29, 2025, Defendant Genpact filed its notice of removal of Plaintiff's Complaint to the United States District Court, Eastern District of California; and

WHEREAS, on August 18, 2025, the Parties met and conferred about Defendant Genpact's Answer to Plaintiff's Complaint and agreed that Defendant Genpact would amend its answer to avoid unnecessary motion practice.

NOW THEREFORE, the Parties stipulate and agree as follows:

1.    Defendant Genpact will file the First Amended Answer within thirty calendar days of the Court's order granting leave to Defendant Genpact to file the First Amended Answer.

**IT IS SO STIPULATED**.

///

///

///

///

///

1   DATED: August 20, 2025          WEBBER & EGBERT EMPLOYMENT LAW,

2                                     P.C.

3

4                        By:  *Nathan Searcy*

5                               Kelsey A. Webber
                                 Douglas M. Egbert

6                               Shaelyn A. Stewart
                               Nathan A. Searcy

7                               Attorneys for Plaintiff Rachana Chandra Sekara
                               Reddy

8

9   DATED: August 20, 2025          Respectfully Submitted,

10                               **MCGUIREWOODS LLP**

11

12                       By:  /s/ Peter J. Choi

13                               Timothy M. Rusche
                               Peter J. Choi

14                               Attorneys for Defendant Genpact LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR LEAVE FOR DEFENDANT TO FILE FIRST AMENDED ANSWER

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

On December 16th 2024, I served the following document(s) described as **DECLARATION OF SARAH WALKER-CARPENTER IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Michael B. Eisenberg, Esq. | Attorney for Ronald Haire |
| Bryan W. Edgar, Esq. | |
| Michael A. Levy, Esq. | mbe@laborlitigators.com |
| EISENBERG & ASSOCIATES | bwe@laborlitigators.com |
| 3580 Wilshire Blvd, Suite 1260 | mal@laborlitigators.com |
| Los Angeles, California 90010 | |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY ELECTRONIC DELIVERY:** I caused said document(s) to be transmitted electronically to the above addressees. (C.C.P. § 1010.6)

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 16 2024, at Los Angeles, CA.

_____
Matthew Whitney

---

STIPULATION AND ORDER FOR LEAVE FOR DEFENDANT TO FILE FIRST AMENDED ANSWER

1

2 <u>**ORDER**</u>

3      The Court, having read and considered the foregoing Stipulation for Leave for Defendant

4 Genpact LLC to File a First Amended Answer, and for good cause shown, thereby **ORDERS** as

5 follows:

6      1.      Defendant Genpact LLC shall file the First Amended Answer **on or before**

7              **September 22, 2025**.

8 **IT IS SO ORDERED.**

9

10 August 20, 2025

11 JOHN A. MENDEZ,
         SENIOR UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28